# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK DOUGLAS WARD,
     Appellant,
    vs.
SVETLANA RITZA VILLAFLOR,
     Respondent.

No. 79722

**FILED**

OCT 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order, and no appealable order appears in the district court docket entries. Accordingly, this court lacks jurisdiction, and ORDERS this appeal DISMISSED.

            Pickering , J.
         Pickering

Parraguirre , J.

            Cadish , J.
         Cadish

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
  Erik Douglas Ward
  Svetlana Ritza Villaflor
  Eighth District Court Clerk

19-42596